UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREMONT INVESTMENT & LOAN,

    Plaintiff,

v                                                    Case No. 07-cv-11113

EDWARD TOBEY; LOAN MAX, INC.;     HON. LAWRENCE P. ZATKOFF
GEORGE ZIVAN; and EDWARD J.
NADER, JR., All Jointly and Severally,    MAGISTRATE JUDGE MONA MAJZOUB

    Defendants.
_____/

## **STIPULATION TO ENTER PROTECTIVE ORDER**

Plaintiff Fremont Investment & Loan ("Fremont"), Defendant Edward J. Nader, Jr. ("Nader"), Defendant Edward Tobey ("Tobey"), Defendant Loan Max, Inc. ("Loan Max") and Defendant George Zivan ("Zivan")(collectively, the "Parties") stipulate *in pro per* or through their respective counsel to entry of a Protective Order regarding discovery proceedings in this matter and the preservation of Confidential Information (as defined in the attached proposed Protective Order).

| | |
|---|---|
| s/ Natalie C. Najarian | s/ David C. Anderson (with permission) |
| Demorest Law Firm, PLLC PC | Collins Einhorn Farrell & Ulanoff, |
| Attorneys for Plaintiff | Attorneys for Defendant Nader |
| 555 S. Old Woodward Avenue, Suite 21U | 4000 Town Center, Suite 909 |
| Birmingham, Michigan 48009-6614 | Southfield, Michigan 48075 |
| 248-723-5500 | 248-355-4141 |
| natalie@demolaw.net | david.anderson@ceflawyers.com |
| Attorney Bar No. P67614 | Attorney Bar No. P55258 |
| | |
| s/ Edward Tobey (with permission) | s/ Paul S. Clark (with permission) |
| | |
| EDWARD TOBEY | Clark & Schoenbeck, P.C. |

Defendant *In Pro Per*  
106 West Street, Apt. 16  
Kalkaska, Michigan 49646

Attorneys for Defendants Loan Max &  
   Zivan  
335 E. Nine Mile Road  
Hazel Park, Michigan  48030  
248-543-7776  
[pclark@cs-law.net](mailto:pclark@cs-law.net)  
Attorney Bar No. P39164

S:\Zatkoff\Marie ECF\07-11113.fremont.protective.order.wpd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREMONT INVESTMENT & LOAN,

    Plaintiff,

v                                            Case No. 07-cv-11113

EDWARD TOBEY; LOAN MAX, INC.;      HON. LAWRENCE P. ZATKOFF
GEORGE ZIVAN; and EDWARD J.
NADER, JR., All Jointly and Severally,     MAGISTRATE JUDGE MONA MAJZOUB

    Defendants.
_____/

## **PROTECTIVE ORDER**

        At a session of said Court, held in the City of Port Huron, County of St. Clair, State of Michigan on <u>March 17, 2008</u>

        PRESENT: HON. Lawrence P. Zatkoff
                       U.S. District Court Judge

Plaintiff Fremont Investment & Loan ("Fremont"), Defendant Edward J. Nader, Jr. ("Nader"), Edward Tobey ("Tobey"), Defendant Loan Max, Inc. ("Loan Max") and Defendant George Zivan ("Zivan") (collectively, the "Parties") in the above-captioned action, having stipulated *in pro per* or through their respective counsel to entry of this Protective Order regarding discovery proceedings in this matter and the preservation of Confidential Information (as defined below); and the Court being fully advised;

3

IT IS HEREBY ORDERED that all information or records, which have been or will be produced in the discovery responses to any Party in this matter, including Fremont Investment & Loan's 2005 Underwriting Guidelines, Nader's appraisal materials, Zivan's personal and business records or information, and Loan Max's business records or information, some of which were previously produced, and any and all other information which any party, in good faith, designates as confidential (the "Confidential Information"), shall be treated as confidential by all Parties and their attorneys, who shall not disclose any such Confidential Information except as specifically permitted by the terms of this Protective Order.

IT IS HEREBY FURTHER ORDERED that the Parties, and their attorneys, shall use the Confidential Information solely for the purposes of preparation for and trial of the above-captioned case. The Confidential Information shall not be disclosed to any third party except for use in a deposition, motion, case evaluation, trial or other proceeding in this case.

IT IS HEREBY FURTHER ORDERED that the terms of this Protective Order shall not affect the admissibility or inadmissibility of any Confidential Information into evidence in the above-captioned action.

IT IS HEREBY FURTHER ORDERED that nothing herein shall prevent the Parties, or their attorneys, from disclosing Confidential Information to experts or consultants assisting either Parties' counsel in the preparation of this case for trial, or in the conduct of trial, provided that prior to any such disclosure or exhibition, counsel shall first present a copy of this Protective Order to any such persons. All such persons shall be bound by the

terms of this Protective Order, and shall not disclose any Confidential Information except as specifically permitted by the terms of this Protective Order.

IT IS HEREBY FURTHER ORDERED that upon the conclusion of this litigation, all originals and copies of Confidential Information, including all materials that have been distributed to experts or consultants, shall be promptly destroyed or returned to the appropriate Party.

                                       s/Lawrence P. Zatkoff
                                       LAWRENCE P. ZATKOFF
                                       UNITED STATES DISTRICT JUDGE

Dated: March 17, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 17, 2008.

                                       s/Marie E. Verlinde
                                       Case Manager
                                       (810) 984-3290